[NOT FOR PUBLICATION]

UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT


No. 97-1335

RUSSELL BROWN, ET AL.,

Plaintiffs, Appellants,

v.

WALLY ARMSTRONG, ET AL.,

Defendants, Appellees.



APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Reginald C. Lindsay, U.S. District Judge] 



Before

Selya, Circuit Judge, 
Campbell, Senior Circuit Judge, 
and Lynch, Circuit Judge. 



Russell M. Brown on brief pro se. 
Lee Carl Bromberg, Julia Huston, and Bromberg & Sunstein LLP on 
brief for Wally Armstrong and Gator Golf Enterprises, Inc.
Scott P. Lewis, Robert L. Brennan, Jr. and Palmer & Dodge LLP, on 
brief for appellees American Telecast Corporation, Wally Armstrong
Golf, Inc., Kenny Rogers and Pat Summerall.



NOVEMBER 6, 1997


Per Curiam. Plaintiff Russell Brown has appealed the 

grant of summary judgment in favor of defendants. Brown's

appellate brief is inappropriately styled as if it was a

motion pursuant to Fed. R. Civ. P. 60(b). We do not consider

such motions in the first instance. In any event, we have

carefully considered the parties' briefs and the record on

appeal. Nothing that Brown has raised in this appeal

warrants overturning the district court's grant of summary

judgment.

Affirmed. Loc. R. 27.1. 

-2-